IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SIKA CORPORATION and SIKA TECHNOLOGY LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK HOEFFLIN, HOLCIM LTD., and HOLCIM (US) INC.,<br><br>Defendants. | Case No. 1:23-cv-01464<br><br>Judge Martha M. Pacold |

## DECLARATION OF JAMIE M. GENTOSO IN SUPPORT OF DEFENDANTS HOLCIM (US) INC.'S AND HOLCIM LTD.'S MOTION TO DISMISS

I, Jamie M. Gentoso, hereby declare as follows:

1. I am over 18 years of age and competent to give this Declaration. I have personal knowledge of all facts set forth herein and would testify to the same if called upon to do so.

2. I am employed by Holcim (US) Inc. where I serve as Head, Solutions & Products Global Business Unit.

3. I have global management responsibilities for the Solutions & Products Business Unit. My global responsibilities include managing the Solutions & Products Business Unit for Holcim Ltd., Holcim (US) Inc., and other subsidiaries of Holcim Ltd.

4. Because of my role and responsibilities as Head, Solutions & Products Global Business Unit, I am familiar with Holcim Ltd.'s corporate structure, operations, locations, and transactions.

5. I have read and am generally familiar with the allegations in Plaintiffs' Complaint.

6. Holcim Ltd. is a multi-national company with its principal place of business and headquarters in Zug, Switzerland.

7. Holcim Ltd. does not have any offices in Illinois and does not have a registered agent in Illinois.

8. Holcim Ltd. is not registered to, and does not, do business in Illinois.

9. Holcim Ltd. does not have any employees or customers in Illinois.

10. Holcim Ltd. does not own any interest in real property or personal property located in Illinois.

11. Holcim Ltd. does not have a bank account or other assets in Illinois.

12. Prior to this action, Holcim Ltd. had never brought a lawsuit or been sued in the state or federal courts of Illinois.

13. Holcim Ltd. does not maintain any substantial contacts with Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2023

Jamie M. Gentoso